CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
BETTY J. FOLEY, ESQ.
Nevada Bar No. 14517
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Facsimile: (702) 799-7243
foleybj@nv.ccsd.net
*Attorneys for Defendant*
*Clark County School District*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RENEE CHAFFEE,<br><br>          Plaintiff,<br><br>     v.<br><br>CLARK COUNTY SCHOOL DISTRICT,<br><br>          Defendant. | Case No.  2:22-cv-02114-CDS-DJA |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1        **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

2        IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff

3    Renee Chaffee ("Plaintiff"), and Defendant Clark County School District ("Defendant"), by and

4    through their counsel of record, Betty J. Foley, Esq., of the Clark County School District, Office

5    of General Counsel, that the Complaint filed by Plaintiff and each and every cause of action

6    alleged therein, be dismissed WITH PREJUDICE as to Defendant, all parties to bear their own

7

8    Dated this 15th day of May, 2023.          Dated this 15th day of May, 2023.

9    RENEE CHAFFEE                               CLARK COUNTY SCHOOL DISTRICT
                                                 OFFICE OF THE GENERAL COUNSEL
10

11   _____          _____

12   Plaintiff, *pro se*                        Betty J. Foley, Esq.
                                                 Nevada Bar No. 14517
13                                               5100 W. Sahara Ave.
                                                 Las Vegas, NV 89146
14                                               Attorneys for Defendant

15   attorneys' fees and costs.

16                                **ORDER**

17       Based upon the above stipulation of the parties, and good cause appearing:

18
     IT IS HEREBY ORDERED that the above-entitled action be dismissed WITH
19
20   PREJUDICE; and

21       IT IS FURTHER ORDERED that the parties are to bear their own attorneys' fees and

22   costs.

23       IT IS SO ORDERED.

24

25   _____

26   Cristina D. Silva
     UNITED STATES DISTRICT JUDGE
27
     DATED:   May 15, 2023
28